

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                   CRIMINAL ACTION NO. 3:19-MJ-34
                                          (Judge Groh)

CHRISTOPHER YATES,

        Defendant.

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States of America, it is

**ORDERED** that a detention hearing be set at the earliest possible time after the defendant has had an opportunity to confer with counsel.

Pending this hearing, the defendant shall be held in the custody of the United States Marshal and produced at the hearing.

DATED: 3/5/19

_____
UNITED STATES MAGISTRATE JUDGE