PS 8
(Rev. 5/02 WVN)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of West Virginia

U.S.A. vs. Christopher Lee YATES                                  Docket No.: 3:19CR19-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW ALICIA M. BEASLEY, U. S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Christopher Lee Yates, who was placed under pretrial release supervision by the Honorable Robert W. Trumble, United States Magistrate Judge, sitting in the Court at Martinsburg, West Virginia, on March 1, 2019, under the following conditions in reference to Case Numbers 3:19MJ33-1 and 3:19MJ34-1:

**Condition (4): The defendant must appear in Court as required and, if convicted, must surrender as directed to serve a sentence that the Court may impose.**

**Condition (6): The defendant is placed in the custody of Shelia Yates who agrees to (a) supervise the defendant, (b) use very effort to assure the defendant's appearance at all Court proceedings, and (c) notify the Court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.**

**Condition 7(a): The defendant shall submit to supervision by and report for supervision to the United States Probation Office as directed.**

**Condition 7(p): participate in one of the following location restriction programs and comply with its requirements as directed.**
        (i)    **Curfew: 7 p.m. to 7 a.m. or as directed by the pretrial services office or supervising officer.**

PS8                                                      PS8 Petition for Action on Conditions of Pretrial Release

Respectfully presenting petition for action of Court for cause as follows:
(If short insert here; if lengthy write on separate sheet and attach.)

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | The defendant was scheduled to appear in the United States Magistrate Court on March 20, 2019, at 10:30 a.m. The undersigned spoke to the defendant on March 19, 2019, on two separate occasions. During both phone conversations with the defendant, the undersigned reminded the defendant of his scheduled Court hearing and advised him to report to the United States Probation Office following his hearing. The defendant failed to appear for his scheduled Court hearing and to the United States Probation Office as required. |
| 2 | On March 20, 2019, the undersigned contacted the defendant's third party custodian and wife, Sheila Yates, in reference to the defendant failing to appear in Court. Ms. Yates reported she last saw the defendant at 11:00 a.m. on March 19, 2019, and last spoke to the defendant on the phone at 4:00 p.m. on March 19, 2019. Ms. Yates failed to notify the undersigned in reference to the defendant's noncompliance. |
| 3 | On March 19, 2019, the defendant called the undersigned to request for an extension of his curfew. The request was denied, and the defendant was advised to return home. The defendant failed to return home on March 19, 2019. |

## PETITIONING THE COURT

☐ To issue a warrant

☐ To issue a summons

☒ **XX** Neither

A bench warrant was issued on March 20, 2019, for the defendant for failing to appear for his scheduled hearing. The defendant turned himself into the Federal Building on March 21, 2019, and is currently incarcerated at the Eastern Regional Jail.

PS8                                                            PS8 Petition for Action on Conditions of Pretrial Release

### U. S. Pretrial Services Officer Recommendation:

The term of supervision should be:

[XX] Revoked

[ ] No action taken at this time

[ ] The conditions of supervision should be modified as follows:

Respectfully,

*Alicia M. Beasley*

Alicia M. Beasley
U. S. Pretrial Services Officer
Place: Martinsburg, WV
Date: March 22, 2019

### THE COURT ORDERS

[ ] No action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] Other  A bench warrant was issued on March 20, 2019. The Defendant was arrested on March 21, 2019, and an initial appearance is scheduled for March 22, 2019.

ORDER OF COURT

Considered and ordered this 22nd day of March, 2019 and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge