IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

UNITED STATES OF AMERICA,

    v.                                             Case No. 3:19-CR-19

CHRISTOPHER YATES,

    Defendant.

## NOTICE OF APPEARANCE

This is to inform the Court that the law firm of MillsMcDermott, PLLC has been retained to represent the Defendant Christopher Yates in the above-referenced criminal matter.

                                                      CHRISTOPHER YATES, DEFENDANT
                                                      By Counsel

**/s/ Kevin D. Mills**
*Attorney for Defendant*
WV State Bar No. 2572
MillsMcDermott, PLLC
1800 West King Street
Martinsburg, WV 25401
P: (304) 262-9300
F: (304) 262-9310
kmills@wvacriminaldefense.com

## CERTIFICATE OF SERVICE

I, Kevin D. Mills, do hereby certify that I filed the foregoing using the CM/ECF system which will send electronic notice to Assistant United States Attorney Jeffrey Fincuane on this 22nd day of March, 2019.

**/s/ Kevin D. Mills**
*Attorney for Defendant*
WV State Bar No. 2572
MillsMcDermott, PLLC
1800 West King Street
Martinsburg, WV 25401
P: (304) 262-9300
F: (304) 262-9310
kmills@wvacriminaldefense.com