IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**                                                Criminal Action No. 3:19CR19
                                                              (GROH)

**CHRISTOPHER LEE YATES,**

    Defendant.

## ORDER TERMINATING COUNSEL AND SUBSTITUTING COUNSEL

Previously, on March 4, 2019, this Court entered an Order [ECF No. 11] appointing Nicholas J. Compton, Assistant Federal Public Defender to represent Defendant in this matter. On March 22, 2019, Kevin D. Mills, Esq. filed a Notice of Appearance [ECF No. 39] on behalf of Defendant.

It appears to the court that Defendant has decided to retain counsel, Kevin D. Mills, Esq., to represent him in this matter. Accordingly, it is

**ORDERED** that Nicholas J. Compton, Assistant Federal Public Defender, is hereby removed as counsel of record for Defendant in the above styled case and is relieved of all further duty. It is further

**ORDERED** that **Kevin D. Mills, Esq.** shall hereinafter be designated as Defendant's counsel of record.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear *pro se* and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern

District of West Virginia.

DATED: 3-25-2019

*[signature]*
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE