IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

UNITED STATES OF AMERICA,

    v.                                                     Case No. 3:19-CR-19

CHRISTOPHER YATES,

    Defendant.

## **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE REVOCATION/DETENTION HEARING**

COMES NOW Defendant Christopher Yates, by undersigned counsel, respectfully moving this Honorable Court to continue the bond revocation/detention hearing currently scheduled for March 28, 2019 at 10:00 a.m.  In support of this motion, Defendant states as follows:

Undersigned counsel has met with the AUSA Jeffrey Fincuane to request his consent to a continuance of the revocation/detention hearing so that undersigned counsel would have sufficient time to put together a proposal concerning Mr. Yates' pretrial status.  AUSA Fincuane does not object to the continuance of this hearing.  Defendant would waive any right he has to have the hearing held within a certain number of days.

Undersigned counsel and the Government have conferred and both are available for a hearing on Wednesday, Thursday, or Friday of next week.

Whereupon, Defendant respectfully requests that this Honorable Court continue the revocation hearing set for March 28, 2019 at 10:00 a.m.

                                                                               Respectfully Submitted,

                                                                               CHRISTOPHER YATES, DEFENDANT
                                                                               By Counsel

**/s/ Kevin D. Mills**
*Attorney for Defendant*
WV State Bar No. 2572
MillsMcDermott, PLLC
1800 West King Street
Martinsburg, WV 25401
P: (304) 262-9300
F: (304) 262-9310
kmills@wvacriminaldefense.com

## CERTIFICATE OF SERVICE

I, Kevin D. Mills, do hereby certify that I filed the foregoing using the CM/ECF system which will send electronic notice to Assistant United States Attorney Jeffrey Fincuane on this 27th day of March, 2019.

**/s/ Kevin D. Mills**
*Attorney for Defendant*
WV State Bar No. 2572
MillsMcDermott, PLLC
1800 West King Street
Martinsburg, WV 25401
P: (304) 262-9300
F: (304) 262-9310
kmills@wvacriminaldefense.com