# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER LEE YATES<br>*Defendant* | )<br>)<br>) Case No. 3:19CR19<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 1413

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing befor change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a s court may impose.

The defendant must appear at: W. Craig Broadwater Federal Building and U.S. Court
217 West King Street
Martinsburg, West Virginia 25401

*Place*

on AS ORDERED

*Date and Time*

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
*Custodian*

## ADDITIONAL CONDITIONS OF RELEASE

( X ) (7) The defendant shall:
- ( X ) (a) submit to supervision by and report for supervision to United States Probation, telephone number 304-267-0778, no later than AS DIRECTED.
- ( ) (b) continue or actively seek employment.
- ( ) (c) continue or start an education program.
- ( X ) (d) surrender any passport to: Probation Office
- ( X ) (e) not obtain a passport or other international travel document.
- ( X ) (f) abide by the following restrictions on personal association, residence, or travel: travel restricted to Northern Virginia unless approved in advance by Pretrial Services.
- ( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation including: anyone who is named in the indictment/information against you unless that person is your spouse, parent or sibling.
- ( ) (h) get medical or psychiatric treatment: 
- ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for e schooling, or the following purposes: 
- ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervis considers necessary.
- ( X ) (k) not possess a firearm, destructive device, or other weapon.
- ( X ) (l) not consume alcohol.
- ( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unles medical practitioner.
- ( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Test with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing sys form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamp efficiency and accuracy of prohibited substance screening or testing.
- ( X ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pret or supervising officer.
- ( X ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    - ( ) (i) **Curfew.** You are restricted to your residence everyday from _____ to _____ directed by the pretrial services office or supervising officer; or
    - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; ec services; medical, substance abuse, or mental health treatment; attorney visits; court appearan obligations; or other activities approved in advance by the pretrial services office or supervising offi
    - ( X ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for m and court appearances or other activities specifically approved by the court.
- ( X ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with a requirements and instructions provided.
    - ( X ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pret or supervising officer.
- ( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforceme including arrests, questioning, or traffic stops.
- ( X ) (s) not purchase, possess or use any paraphernalia related to any controlled substance.
- ( X ) (t) not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoi designer stimulants, and shall not frequent places that sell or distribute synthetic cannabinoids or designer stimul
- ( X ) (u) not abuse prescription medication.
- ( X ) (v) shall be prohibited from possessing a potentially vicious or dangerous animal or residing with anyone who posse vicious or dangerous animal. The Probation Officer has sole authority to determine what animals are considered vicious or dangerous.
- ( X ) (w) participate in a program of mental health counseling if directed by the pretrial services office or supervising offic
- ( X ) (x) shall have all firearms, destructive devices, and other weapons removed from any property owned, accessed, or i defendant. Removal must be conducted by someone other than the defendant, and shall be completed prior to the return to the property.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your a[rrest,] revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more [than ten years] and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This se[ntence shall be] consecutive (i.e., in addition to) any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investig[ation;] tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or in[timidate or] attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, [or] intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a senten[ce,] you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convic[ted of:]
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you [will be fined] not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you wil[l be fined not] more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both[;]
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you [receive. In] addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promi[se to obey all] conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties [and sanctions] set forth above.

_____
*Defendant's Signature*

MARTINSBURG WV
_____
*City and State*

### Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.
( X ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or j[udge that the] defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defe[ndant must be] produced before the appropriate judge at the time and place specified.

Date: April 26, 2019

_____
*Judicial Officer's Signature*

Robert W. Trumble, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL