IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

UNITED STATES OF AMERICA,

    v.                                                          Case No. 3:19-CR-19-1
                                                               Magistrate Trumble

CHRISTOPHER LEE YATES,

    Defendant.

### DEFENDANT'S MOTION TO MODIFY
### CONDITIONS OF HOME CONFINEMENT

Comes now the Defendant, by counsel, and moves this Honorable Court to modify the conditions of his home confinement pursuant to 18 U.S.C. § 3142(c)(3). The Defendant seeks modification of the conditions so that he may attend regular church services and meetings with his attorneys. The Defendant's home confinement officer, Officer Beasley, has no objection to the requested modifications.

The Court released the Defendant on home confinement pursuant to his proposed release plan, and the Defendant arrived at the residence of Larry Martin Dunlap at 405 King Street, Kearneysville, WV 25430, yesterday, May 1, 2019, shortly after 12:00 p.m. Mr. Yates has remained fully compliant with all conditions of his release for the entire period of his release from the Eastern Regional Jail.

Pursuant to the requested modification, the Defendant requests to attend church services at the following location:

                                  Open Door Baptist Church
                                       333 Jeremiah Lane
                                     Clearbrook, Virginia 22624.
                                         (540) 450-8464

The Defendant will attend services held at this location every Sunday for a period of , from 11:00 a.m. to 12:00 p.m. (noon) and every Wednesday evening from 7:00 p.m. to 8:00 p.m. The Defendant will be permitted reasonable time to travel to and from the church, which is a roughly 20 to 30 minute drive from his residence with traffic. The Defendant will further provide proof of his attendance to Officer Beasley.

The Defendant will also be permitted to attend meetings with his attorneys at the law office of MillsMcDermott, 1800 West King Street, Martinsburg, WV 25401 by providing 24 hours notice of said meeting to Office Beasley, and by notifying Officer Beasley when he leaves the office to return to his residence. Counsel will also provide a letter for Officer Beasley memorializing the time the Defendant arrived at the office the time he departed.

Wherefore, the Defendant respectfully moves this Honorable Court to modify the conditions of his release as set forth above.

Respectfully submitted,

CHRISTOPHER LEE YATES, DEFENDANT
By Counsel

**/s/ Kevin D. Mills**
KEVIN D. MILLS
WV Bar No. 2572
MillsMcDermott, PLLC
1800 West King Street
Martinsburg, WV 25401
Phone: 304-262-9300
Fax: 304-262-9310
kmills@wvacriminaldefense.com

**CERTIFICATE OF SERVICE**

I, Kevin D. Mills, do hereby certify that I have filed the foregoing using the ECF filing system which will send electronic notice to Assistant United States Attorney Jeffery Fincuane on

this 25th day of April, 2019.


**/s/ Kevin D. Mills**
KEVIN D. MILLS
WV Bar No. 2572
MillsMcDermott, PLLC
1800 West King Street
Martinsburg, WV 25401
Phone: 304-262-9300
Fax: 304-262-9310
kmills@wvacriminaldefense.com