| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |
|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | **DUE DATE:** |

| 1. NAME<br>Mills, McDermott | | 2. PHONE NUMBER<br>(304) 262-9300 | 3. DATE<br>4/24/2019 | |
|---|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>1800 W King St | | 5. CITY<br>Martinsburg | 6. STATE<br>WV | 7. ZIP CODE<br>25401 |
| 8. CASE NUMBER<br>3:19-cr-19 | 9. JUDGE<br>Trumble | DATES OF PROCEEDINGS | | |
| | | 10. FROM 4/24/2019 | 11. TO 4/24/2019 | |
| 12. CASE NAME<br>Christopher Yates | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Martinsburg | 14. STATE WV | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING (Spcy) | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| SENTENCING | | PLEA/ Motion Recon.Bond | 4/24/2019 |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | 79 (7Day) | 383 15 |
| 3-Day | [X] | [ ] | NO. OF COPIES 1 | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE

19. DATE

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
Kate Slayden

COURT ADDRESS
217 West King Street, Rm. 214
Martinsburg, WV 25401

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 4-25-19 | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 4-25-19 | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 5-1-19 | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY