PS 42
(Rev. 7/93)

# United States District Court
for the
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) |
| Christopher Lee Yates | ) Case No. 3:19CR19-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Christopher Lee Yates, have discussed with Alicia M. Beasley, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

**Modified Condition:**

The defendant shall be permitted to attend church services at Open Door Baptist Church at 333 Jeremiah Lane in Clearbrook, Virginia, on Sundays from 11:00 a.m. to 12:00 p.m. and every Wednesday evening from 7:00 p.m. to 8:00 p.m. The defendant will be permitted reasonable time (20 to 30 minutes) to travel to and from the church. The defendant will further provide proof of his attendance.

The defendant shall be permitted to attend meetings with his attorneys at the law office of Mills McDermott, located at 1800 West King Street in Martinsburg, West Virginia. The defendant will be required to notify the United States Probation Office 24 hours in advance of meetings. The defendant will also be required to notify the United States Probation Office when he is leaving the law office to return to his residence. Proof of his meetings will be provided by his defense counsel.

The defendant shall be permitted to attend debriefing with counsel at the ATF Martinsburg Field Office. It is required there be notification to the United States Probation Office 24 hours in advance of debriefing. The defendant will be required to notify the United States Probation Office when he is leaving the ATF Field Office to return to his residence.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 5/6/2019     _____ 5/6/2019
Signature of Defendant         Date        Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____             5/6/2019
Signature of Defense Counsel                  Date

☑ The above modification of conditions of release is ordered, to be effective on    May 7, 2019.

☐ The above modification of conditions of release is *not* ordered.

_____       May 7, 2019
Signature of Judicial Officer                                                      Date