## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

CHRISTOPHER LEE YATES,

**Criminal No. 3:19-CR-19**
**(Chief Judge Groh)**

### AMENDED PRELIMINARY ORDER OF FORFEITURE

For the reasons stated by the United States, the government's Motion to Amend Preliminary Order of Forfeiture is **GRANTED**.

It is **HEREBY ORDERED** that the defendant, who has pled guilty to violating Title 18, United States Code, Section 641 forfeit to the United States the following property, which is directly subject to forfeiture:

- A money judgment in the amount of $300,000 [CATS ID: 19-ATF-031339 ].

**IT IS FURTHER ORDERED** that the forfeiture of one New Frontier Armory, LLC, LW-15 Rifle, CAL: 223, bearing S/N NLV47707 [CATS ID: 19-ATF-017786 ] is hereby **VACATED** and the ATF is **DIRECTED** to release the firearm to Stephen Yates, Sr.

**IT IS FURTHER ORDERED** that all other provisions of the Preliminary Order of Forfeiture (Doc. 85) remain in effect and are not modified or amended by this Order.

**IT IS FURTHER ORDERED** that this Order shall become final regarding the defendant at the time of sentencing, and will be made part of the sentence by incorporating this Order by reference in the judgment. The Court shall retain jurisdiction to enforce this Order, and to amend

it as necessary.

**SO ORDERED.**

DATED: _Aug 23d, 2019_

_____
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE