FRAP/FORM 1 | USDC/APP-001 Notice of Appeal (11/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### AT MARTINSBURG

United States of America

                    Plaintiff,

v.

Christopher Lee Yates

                    Defendant.

**NOTICE OF APPEAL**
**CRIM. ACTION NO.   3:19CR19**

On this date, I (or we) Christopher Lee Yates

Defendant   in the above named case hereby appeal(s) to the United States Court of Appeals for the Fourth Circuit from the Final Judgment Order entered in this action on September 3, 2019.

*Attorney for Appellant(s)*

SHAWN R. MCDERMOTT
West Virginia Bar No. 11264
MillsMcDermott PLLC
1800 West King Street
Martinsburg, WV 25401