FILED: September 18, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4690
(3:19-cr-00019-GMG-RWT-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHRISTOPHER LEE YATES

    Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Martinsburg |
| Originating Case Number | 3:19-cr-00019-GMG-RWT-1 |
| Date notice of appeal filed in originating court: | 09/17/2019 |
| Appellant | Christopher Yates |
| Appellate Case Number | 19-4690 |
| Case Manager | Anisha Walker<br>804-916-2704 |